Hoover v Cloud 9 Smokes & Vapors (2025 NY Slip Op 05444)

Hoover v Cloud 9 Smokes & Vapors

2025 NY Slip Op 05444

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025

PRESENT: LINDLEY, J.P., SMITH, NOWAK, AND HANNAH, JJ. (Filed Oct. 3, 2025.) 

MOTION NO. (545/25) CA 24-00870.

[*1]PATRICK J. HOOVER, PLAINTIFF-APPELLANT, 
v
V CLOUD 9 SMOKES & VAPORS, ET AL., DEFENDANTS, LG CHEM LIMITED, AND LG CHEM AMERICA, INC., DEFENDANTS-RESPONDENTS.

MEMORANDUM AND ORDER
Motion for reargument denied.